# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 24-1135   September Term, 2023

EPA-89FR42932

Filed On: June 3, 2024 [2057494]

Denka Performance Elastomer LLC,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

## O R D E R

    Upon consideration of respondents' unopposed motion for extension of time to file a response to petitioner's emergency motion for stay pending review, it is

    **ORDERED** that the motion for extension of time be granted. The response to the emergency motion is now due June 11, 2024.

                                                      FOR THE COURT:
                                                      Mark J. Langer, Clerk

                                     BY:    /s/
                                                      Catherine J. Lavender
                                                      Deputy Clerk