No. 24-1135                         September Term, 2023

EPA-89FR42932

Filed On: June 26, 2024

Denka Performance Elastomer LLC,

       Petitioner

       v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

       Respondents

------------------------------

Air Alliance Houston, et al.,
       Intervenors

**BEFORE:** Katsas, Rao, and Childs, Circuit Judges

## O R D E R

Upon consideration of the motion for a stay pending review, the oppositions thereto, and the reply, it is

**ORDERED** that the motion for a stay be denied. Petitioner has not satisfied the stringent requirements for a stay pending court review. See Nken v. Holder, 556 U.S. 418, 434 (2009); D.C. Circuit Handbook of Practice and Internal Procedures 32–33 (2020).

The Clerk is directed to enter a briefing schedule.

**Per Curiam**

FOR THE COURT:
Mark J. Langer, Clerk

BY:    /s/
       Selena R. Gancasz
       Deputy Clerk