# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1135**                           **September Term, 2023**

EPA-89FR42932

**Filed On: July 1, 2024** [2062503]

Denka Performance Elastomer LLC,

        Petitioner

        v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

        Respondents

------------------------------

Air Alliance Houston, et al.,
        Intervenors

------------------------------

Consolidated with 24-1228

## **O R D E R**

      It is **ORDERED**, on the court's own motion, that these cases be consolidated. Petitioners in case no. 24-1228 are directed to file the following document(s) by the indicated date(s):

     Docketing Statement Form                               July 31, 2024

     Statement of Issues to be Raised                  July 31, 2024

                                               **FOR THE COURT:**
                                               Mark J. Langer, Clerk

                           BY:     /s/
                                      Erica M. Thorner
                                      Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

[Agency Docketing Statement Form](#)