No. 24-1135             September Term, 2023

EPA-89FR42932

Filed On: July 17, 2024

Denka Performance Elastomer LLC,

       Petitioner

       v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

       Respondents

------------------------------

Air Alliance Houston, et al.,
       Intervenors

------------------------------

Consolidated with 24-1228, 24-1246,
24-1249, 24-1250, 24-1251, 24-1252

**BEFORE:** Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

## O R D E R

Upon consideration of the petition for reconsideration en banc of the court's June 26, 2024 order denying petitioner's motion for a stay, it is

**ORDERED** that the petition for reconsideration en banc be denied.

### Per Curiam

                                 **FOR THE COURT:**
                                 Mark J. Langer, Clerk

                 BY:     /s/
                                 Selena R. Gancasz
                                 Deputy Clerk