# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1135**  **September Term, 2023**

EPA-89FR42932

**Filed On: August 16, 2024** [2070379]

Denka Performance Elastomer LLC,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

------------------------------

Air Alliance Houston, et al.,
    Intervenors
------------------------------

Consolidated with 24-1228, 24-1246,
24-1249, 24-1250, 24-1251, 24-1252

## O R D E R

    Upon consideration of the joint response and motion for extension of time to file proposed briefing formats and the notice regarding the response, it is

    **ORDERED** that the motion for extension of time be granted. Proposed briefing formats are now due September 19, 2024.

                        **FOR THE COURT:**
                          Mark J. Langer, Clerk

                BY:    /s/
                          Catherine J. Lavender
                          Deputy Clerk