# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 24-1135**  **September Term, 2024**

EPA-89FR42932

**Filed On: December 2, 2024** [2087332]

Denka Performance Elastomer LLC,

    Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United
States Environmental Protection Agency,

    Respondents

------------------------------

Air Alliance Houston, et al.,
    Intervenors

------------------------------

Consolidated with 24-1228, 24-1246,
24-1249, 24-1250, 24-1251, 24-1252

## O R D E R

It is **ORDERED**, on the court's own motion, that the court's November 27, 2024 briefing order be amended to reflect the following revised briefing deadlines:

| | |
|---|---|
| Industry and State Petitioners' Opening Briefs | January 17, 2025 |
| Environmental Petitioners' Opening Brief | January 17, 2025 |
| Respondents' Brief | April 21, 2025 |
| Environmental Respondent-Intervenors' Brief | May 5, 2025 |
| Industry and State Petitioners' Reply Brief | May 21, 2025 |
| Environmental Petitioners' Reply Brief | May 21, 2025 |
| Deferred Appendix | May 28, 2025 |
| Final Briefs | June 11, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1135**                                              **September Term, 2024**

                                                    **FOR THE COURT:**
                                                    Mark J. Langer, Clerk

                              BY:    /s/
                                                    Michael C. McGrail
                                                    Deputy Clerk