# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1135**                    **September Term, 2024**

**EPA-89FR42932**

**Filed On:** December 30, 2024

Denka Performance Elastomer LLC,

      Petitioner

    v.

Environmental Protection Agency and
Michael Regan, Administrator, United States
Environmental Protection Agency,

      Respondents

------------------------------

Air Alliance Houston, et al.,
      Intervenors
------------------------------

Consolidated with 24-1228, 24-1246,
24-1249, 24-1250, 24-1251, 24-1252


**BEFORE:**    Katsas, Childs, and Garcia, Circuit Judges

## O R D E R

    Upon consideration of Environmental Petitioners' motion to sever issue and hold severed case in abeyance, the opposition thereto, and the reply, it is

    **ORDERED** that the motion be granted and that the following issue raised by Environmental Petitioners in No. 24-1251 be severed, assigned a separate docket number, No. 24-1387, <u>Concerned Citizens of St. John v. EPA</u>, and held in abeyance pending further order of the court:

> Whether EPA acted arbitrarily or unlawfully by promulgating
> malfunction exemptions that allow uncontrolled hazardous
> air pollution releases from pressure relief devices and visibly
> emitting flares at least once or twice every three years.

# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1135**                                    **September Term, 2024**

The parties in No. 24-1387 are directed to file motions to govern further proceedings within 30 days of this court's disposition of No. 16-1033, et al., American Fuel & Petrochemical Manufacturers v. EPA; No. 20-1336, et al., RISE St. James v. EPA; No. 20-1414, et al., Huntsman Petrochemical LLC v. EPA; or No. 24-1174, et al., American Chemistry Council v. EPA, whichever is decided first.  It is

     **FURTHER ORDERED**, on the court's own motion, that in No. 24-1135, et al., Environmental Petitioners' briefing allotments are now 9,400 words for their opening brief and 4,700 words for their reply brief, and the allotment for respondents' brief is now 44,500 words.

**Per Curiam**

                                           **FOR THE COURT:**
                                         Mark J. Langer, Clerk

                  BY:    /s/
                          Lynda M. Flippin
                          Deputy Clerk