# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DENKA PERFORMANCE ELASTOMER, LLC, et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. <br><br> AIR ALLIANCE HOUSTON, et al. <br><br> Intervenors for Respondent. | Nos. 24-1135 <br> (and consolidated cases) |

## REPRESENTATION OF CONSENT TO FILE AMICUS CURIAE BRIEF OF THE ETHYLENE OXIDE STERILIZATION ASSOCIATION, INC.

Pursuant to Circuit Rule 29(b) and Section IX(A)(4) of the Court's *Handbook of Practice and Internal Procedures*, The Ethylene Oxide Sterilization Association, Inc ("EOSA") hereby notifies the Court of its intent to participate in this case as amicus curiae in support of Petitioners and vacatur.

All parties have consented to EOSA's participation as an amicus curiae.

Respectfully submitted,

/s/ Amanda Shafer Berman
Amanda Shafer Berman
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone: (202) 688-3451
Facsimile: (202) 628-5116

*Counsel for Amicus Curiae*

Dated: January 24, 2025

## CERTIFICATE OF SERVICE

I certify that on January 24, 2025, the foregoing notice was served on all parties or their counsel of record through the CM/ECF system.

/s/ Amanda Shafer Berman
Amanda Shafer Berman

Dated: January 24, 2025

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DENKA PERFORMANCE ELASTOMER, LLC, et al., <br><br> Petitioners, <br><br> v. <br><br> U.S. ENVIRONMENTAL PROTECTION AGENCY, <br><br> Respondent. <br><br> AIR ALLIANCE HOUSTON, et al. <br><br> Intervenors for Respondent. | Nos. 24-1135 <br> (and consolidated cases) |

## RULE 26.1 DISCLOSURE STATEMENT OF
## THE ETHYLENE OXIDE STERILIZATION ASSOCIATION, INC.

Pursuant to Federal Rule of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, The Ethylene Oxide Sterilization Association, Inc. ("EOSA") states the following:

EOSA is a nonprofit organization incorporated in the District of Columbia for the purpose of representing members of the ethylene oxide sterilizing industry to promote and enhance the safe use of ethylene oxide for sterilization purposes. EOSA has no parent company, subsidiary, or affiliates. No publicly held company has a 10% or greater ownership interest in EOSA.

Respectfully submitted,

/s/ Amanda Shafer Berman
Amanda Shafer Berman
CROWELL & MORING LLP
1001 Pennsylvania Ave., N.W.
Washington, DC  20004
Telephone: (202) 688-3451
Facsimile: (202) 628-5116

*Counsel for Amicus Curiae*

Dated:  January 24, 2025