# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

**Case Caption:** Denka Performance Elastomer LLC

**v.**

Environmental Protection Agency, et al.

**Case No:** 24-1135

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ○ Retained ○ Pro Bono ○ Appointed (CJA/FPD) ● Gov't counsel

for the ○ Appellant(s)/Petitioner(s) ● Appellee(s)/Respondent(s) ○ Intervenor(s) ○ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

U.S. Environmental Protection Agency

Lee Zeldin, Administrator, EPA

### Counsel Information

Lead Counsel:

Direct Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email: ___

2nd Counsel:   Alexander M. Purpuro

Direct Phone: ( 202 ) 514-9771   Fax: ( ___ ) ___ - ___   Email: alexander.purpuro@usdoj.gov

3rd Counsel:

Direct Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email: ___

Firm Name:   U.S. Department of Justice

Firm Address: P.O. Box 7611, Washington, DC 20044

Firm Phone: ( ___ ) ___ - ___   Fax: ( ___ ) ___ - ___   Email: ___

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)