# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 24-1135** | **September Term, 2024** |
| | EPA-89FR42932 |
| | Filed On: July 15, 2025 [2125542] |

Denka Performance Elastomer LLC,

      Petitioner

      v.

Environmental Protection Agency and Lee M. Zeldin, Administrator, United States Environmental Protection Agency,

      Respondents

------------------------------

Air Alliance Houston, et al.,
      Intervenors
------------------------------

Consolidated with 24-1228, 24-1246, 24-1249, 24-1250, 24-1251, 24-1252

## **O R D E R**

    Upon consideration of the unopposed motion to hold in abeyance, it is

    **ORDERED** that these consolidated cases be held in abeyance pending further order of the court. The parties are directed to file motions to govern further proceedings by July 10, 2026. Respondents are directed to file status reports at 120-day intervals beginning November 17, 2025.

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Louis Karl Fisher
      Deputy Clerk