# United States Court of Appeals

## FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

No. 24-1135

September Term, 2025

EPA-89FR42932

Filed On: November 25, 2025 [2147225]

Denka Performance Elastomer LLC,

       Petitioner

    v.

Environmental Protection Agency and Lee
M. Zeldin, Administrator, United States
Environmental Protection Agency,

       Respondents

------------------------------

Air Alliance Houston, et al.,
          Intervenors
------------------------------

Consolidated with 24-1228, 24-1246,
24-1249, 24-1250, 24-1251, 24-1252

## O R D E R

    Upon consideration of respondents' motion to extend time to file the status report, it is

    **ORDERED** that respondents file a status report by December 5, 2025, and at 120-day intervals thereafter.

FOR THE COURT:
Clifton B. Cislak, Clerk

BY:   /s/
       Michael C. McGrail
       Deputy Clerk