# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| DENKA PERFORMANCE ELASTOMER LLC,<br><br>*Petitioner*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator of the U.S. Environmental Protection Agency,<br><br>*Respondents*. | Case No. 24-1135 (consolidated with Case Nos. 24-1228, 24-1246, 24-1249, 24-1250, 24-1251, 24-1252) |

## EPA'S STATUS REPORT

Respondents United States Environmental Protection Agency and Administrator Lee Zeldin ("EPA") hereby submit this status report in these consolidated cases.

1. These consolidated petitions seek review of EPA's amendments to Clean Air Act emission standards that apply to the synthetic organic chemical manufacturing industry and certain polymers and resins industries. 89 Fed. Reg. 42,932 (May 16, 2024). There are five Industry Petitioners bringing four petitions (Case Nos. 24-1135, 24-1249, 24-1250, and 24-1252), two State Petitioners (Case Nos. 24-1228 and 24-1246), and a consortium of Environmental Petitioners (Case

No. 24-1251). Collectively, Petitioners challenge whether EPA's action is consistent with its legal authorities and raise technical issues regarding the promulgated standards and EPA's consideration of data underlying those standards.

2. On December 30, 2024, the Court granted the Environmental Petitioners' motion to sever an issue and hold the severed case in abeyance. Doc. 2091937. And on January 17, 2025, Petitioners filed their opening briefs consistent with the operative scheduling order. Amici filed briefs on January 24.

3. On May 15, 2025, EPA granted administrative petitions to reconsider the challenged rule. *See* Doc. 2124862, Ex. 1.

4. On July 11, 2025, EPA moved to place these cases in abeyance for one year while EPA proceeds with the reconsideration process. Doc. 2124862

5. On July 15, 2025, upon consideration of EPA's motion, the Court ordered that the consolidated cases be held in abeyance pending further order of the Court, with status reports due at 120-day intervals and motions to govern due on July 10, 2026. Doc. 2125542. The first status report is due on December 5, 2025. Doc. 2147225.

6. This matter remains subject to reconsideration by the Agency. EPA's next status report is due on April 6, 2026.

|  | Respectfully submitted, |
|---|---|
|  | ADAM R.F. GUSTAFSON<br>*Principal Deputy Assistant Attorney General* |
| *Of Counsel:* |  |
|  | *s/ Brandon N. Adkins* |
| MATTHEW MARKS<br>   Office of the General Counsel<br>   U.S. Environmental Protection Agency<br>   Washington, D.C. | BRANDON N. ADKINS<br>ALEXANDER M. PURPURO<br>   Environmental Defense Section<br>   Environment & Natural Resources Division<br>   U.S. Department of Justice<br>   P.O. Box 7611<br>   Washington, D.C. 20044<br>   Tel: (202) 598-9562 (Adkins)<br>   Tel: (202) 353-5230 (Purpuro)<br>   Fax: (202) 514-8865<br>   Brandon.Adkins@usdoj.gov<br>   Alexander.Purpuro@usdoj.gov |
|  | *Counsel for Respondents* |

Dated: December 5, 2025

# CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2025, I electronically filed the foregoing EPA's Status Report with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit by using the CM/ECF system, which will send notification of such filing to all counsel of record.

Dated: December 5, 2025                                *s/ Brandon N. Adkins*
                                                                                 BRANDON N. ADKINS
                                                                                 Counsel for Respondents